UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HERIBERTO RUIZ SIERRA,

    Petitioner,

v.                                                   Case No. 3:18cv345-LC-CJK

STATE OF FLORIDA, et al.,

    Respondents.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 26, 2018. (Doc. 5). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

3. The clerk is directed to close the file.

4. A certificate of appealability is DENIED.

**ORDERED** on this 24th day of April, 2018.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**